O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS BODNAR, | ) | Case No. EDCV 12-657-DSF (OP) |
| | ) | |
| Petitioner, | ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) | |
| | ) | |
| RON DAVIS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, records on file, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections and Supplemental Objections thereto. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge,

///

///

///

1  IT IS ORDERED that Judgment be entered: (1) accepting this Report and
2  Recommendation; and (2) directing that Judgment be entered denying the First
3  Amended Petition and dismissing this action with prejudice.

5  DATED: 2/26/14

*/s/ Dale S. Fischer*
HONORABLE DALE S. FISCHER
United States District Judge

Prepared by:

*/s/ Oswald Parada*
HONORABLE OSWALD PARADA
United States Magistrate Judge